IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY DAVIS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No.  2:12CV00121-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

**ORDER**

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  After careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees in the amount of $1,625.20 (6.85 attorney hours at $181.00, 4.90 paralegal hours at $75.00, and $17.85 in expenses).

2. The award of EAJA fees shall be paid in accordance with *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 21st day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1